**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7039**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID ANTHONY TAYLOR,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:12-cr-00043-MFU-1)

_____

Submitted:  April 24, 2025                    Decided:  April 29, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Anthony Taylor, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Anthony Taylor appeals the district court's order denying his Fed. R. Crim. P. 36 motion to correct a clerical error in a criminal judgment. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Taylor*, No. 7:12-cr-00043-MFU-1 (W.D. Va. Oct. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*